

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel (215) 299-2000  Fax (215) 299-2150
www.foxrothschild.com

RYAN N. MILLER
Direct No:  215-299-2901
Email: RMiller@FoxRothschild.com

January 26, 2017

The Honorable Joel H. Slomsky
James A. Byrne U.S. Courthouse
Room 13614
601 Market Street
Philadelphia, PA 19106-1748

  **Re:**  **<u>Rio Brands, LLC v. CRI 2000, L.P. d/b/a Lightspeed Outdoors</u>**
     **<u>Case No.:  2:16-cv-05547-JHS</u>**

Dear Judge Slomsky:

We represent Rio Brands, LLC in the above-captioned action. We write, with the consent of Defendant, to inform the Court that the parties have agreed in principle to settlement terms, but require additional time to work out a final agreement.

Respectfully submitted,

Ryan N. Miller

RNM:

cc: Counsel of Record

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas