# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIO BRANDS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRI 2000, L.P.<br>d/b/a LIGHTSPEED OUTDOORS,<br><br>　　　　Defendant. | Civil Case No.: 2:16-cv-05547-JHS<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of all claims against all parties in this action. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action, as agreed by the parties.

So stipulated, this 24rd day of March, 2017.

| | |
|---|---|
|　/s/ Ryan N. Miller　<br>Michael J. Leonard<br>Ryan N. Miller<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 299-2085<br>Fax: (215) 299-2150<br>mleonard@foxrothschild.com<br>rmiller@foxrothschild.com<br><br>Gerard P. Norton (*pro hac vice*)<br>Christopher R. Kinkade (*pro hac vice*)<br>FOX ROTHSCHILD LLP<br>997 Lenox Drive, Building 3<br>Lawrenceville, New Jersey 08648<br>Phone: (609) 844-3023<br>Fax: (609) 896-1469<br>gnorton@foxrothschild.com<br>ckinkade@foxrothschild.com<br><br>*Attorneys for Plaintiff Rio Brands, LLC* | 　/s/ Norman E. Lehrer　<br>Anthony J. DiMarino, III<br>Emmett S. Collazo<br>A.J. DiMARINO, P.C.<br>41 Grove Street<br>Haddonfield, NJ 08033<br>Phone: (856) 853-0055<br>Fax: (856) 853-2866<br>ajd@dimarinolaw.com<br><br>Norman E. Lehrer (*pro hac vice*)<br>NORMAN E. LEHRER, P.C.<br>41 Grove Street<br>Haddonfield, NJ 08033<br>Phone: (856) 429-4100<br>Fax: (856) 429-8819<br>patents@pobox.com<br><br>*Attorneys for Defendant LSO LP* |